**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**TONY BUFORD**                                                                                          **PLAINTIFF**

**V.**                                          **4:10CV01074 WRW-BD**

**SCOTT BRADLEY,** *et al.*                                                                    **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's claims against Defendants Bradley, Murray, Hensley, Bascoe, and Hamms are DISMISSED without prejudice. In addition, Plaintiff's claims against Defendant Durhman for denying him access to the courts and discriminating against him based on his race are DISMISSED without prejudice.

IT IS SO ORDERED this 16th day of September, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE