IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TONY BUFORD**                                                                                  **PLAINTIFF**

V.                                   **Case No. 4:10CV01074 BD**

**KENNY DUNHAM**                                                                          **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED with prejudice this 12th day of May, 2011.

_____
UNITED STATES MAGISTRATE JUDGE